FILED
MAY 1 4 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Derian Douglas Hickman, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 10 0791 |
| Federal Reserve Board of Governors *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, sues the Federal Reserve. In the one-paragraph complaint, plaintiff alleges only that the defendants are "withholding [his] employment and bank ownership information[,] causing confusion to voters Governor of a state and employment as Federal Reserve Banking Board of Governors." He seeks an unspecified "amount due and documents" that he does not identify. Because the complaint fails to provide any notice of a claim, it will be dismissed. A separate Order accompanies this Memorandum Opinion.

/s/ Ellen S. Huvelle
United States District Judge

Date: May 11, 2010